MICHAEL J. BYRNE *vs.* BENJAMIN R. KELSEY, ADMINISTRATOR.

Third Judicial District.

Argued June 8th—decided October 6th, 1905.

SUIT to obtain the release and discharge of one of several tracts of land from the operation of a judgment lien, and for damages, brought to and tried by the District Court of Waterbury, *Burpee, Acting-Judge;* facts found and judgment rendered for the plaintiff, and appeal by the defendant.  *Error in part.*

*James A. Peasley,* for the appellant (defendant).

*Michael J. Byrne,* for the appellee (plaintiff).

Opinion filed with the clerk of the District Court of Waterbury.